UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-MJ-01205-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ARNOLD DERRICK HARP, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the court on the Government's motion to dismiss the criminal information [DE-1] and withdraw the arrest warrant [DE-4]. [DE-5]. The motion is ALLOWED, and this matter is dismissed and the arrest warrant is withdrawn.

SO ORDERED, this the 1st day of February 2016.

Robert B. Jones, Jr.
United States Magistrate Judge